Bankruptcy Law Office of Attorney Richard A. Check, S.C.
757 N Broadway, Suite 401
Milwaukee, WI  53202

Invoice for: Roberto Borges
File No:  13-562

## Mortgage Modification Mediation Program Invoice

| | | |
|---|---|---|
| 11/1/13 Correspondence to Client re: MMM Program (Staff) | 0.4 | $56.00 |
| 11/10/13 Meeting with Attorney re: MMMP (Attorney) | 1.0 | $350.00 |
| 11/20/13 File Notice of Motion and Motion to Participate in Mortgage Modification Mediation Program (Attorney) | 0.3 | $105.00 |
| 11/22/13 Review MMM Consent (Attorney) | 0.4 | $140.00 |
| 11/24/13 Correspondence to Client (Staff) | 0.4 | $56.00 |
| 12/5/13 Review of MMM Financial Documents (Attorney) | 0.5 | $175.00 |
| 12/6/13 Upload Documents to MMM Portal (Staff) | 0.5 | $70.00 |
| 12/6/13 Correspondence sent to Client (Staff) | 0.4 | $56.00 |
| 12/31/13 Draft and File Certificate of Readiness to Mediate (Attorney) | 0.2 | $70.00 |
| 1/2/14 Review Notice of Appointment of Mediator (Attorney) | 0.1 | $35.00 |
| 1/7/14 Review Updated Financial Documents (Attorney) | 0.4 | $140.00 |
| 1/7/14 Upload Updated Documents to MMM Portal (Staff) | 0.4 | $56.00 |
| 2/6/14 Teleconference (Attorney) | 0.3 | $105.00 |
| 2/11/14 Mortgage Mediation Correspondence Filed (Staff) | 0.2 | $28.00 |
| 2/11/14 Notes to File, Meeting with Legal Assistant (Attorney) | 0.2 | $70.00 |
| 2/15/14 Review Trial Modification Documents (Attorney) | 0.5 | $175.00 |
| 2/15/14 Correspondence to Client (Staff) | 0.4 | $56.00 |
| 2/22/14 Review Permanent Loan Modification Details (Attorney) | 0.5 | $175.00 |
| 2/23/14 Correspondence to Client (Staff) | 0.4 | $56.00 |
| 3/20/14 Represent Client at Mediation (Attorney) | 1.0 | $350.00 |
| 3/21/14 Mortgage Mediation Correspondence Filed (Staff) | 0.3 | $42.00 |
| | **Subtotal** | $2,345 |
| | **Total Amount to be Added to Chapter 13 Plan for Mortgage Modification Mediation Program** | $2,345 |