Bankruptcy Law Office of Attorney Richard A. Check, S.C.

757 N Broadway, Suite 401

Milwaukee, WI 53202

Invoice for: Roberto Borges

File No.: 13-562

11016 W Daphne St

Milwaukee, WI 53224-5024

## Chapter 13 Invoice

| Services Rendered | Hours | Fee |
|---|---|---|
| 10/1/13 Meeting with Attorney (Attorney) | 1.0 | No Charge |
| 10/1/13 Open New File Matter (Staff) | 1.0 | $140.00 |
| 10/7/13 Processed Payment (Staff) | 0.3 | $42.00 |
| 10/7/13 Meeting with Attorney (Attorney) | 1.0 | $350.00 |
| 10/8/13 Run Mean Test for Above Median Client (Attorney) | 1.2 | $420.00 |
| 10/8/13 Type Schedules, Means Test, Statement of Financial Affairs (Staff) | 2.2 | $308.00 |
| 10/8/13 Attorney Review/Signing of Schedules (Attorney) | 0.6 | $84.00 |
| 10/9/13 Finish Preparing Petition, Schedules and Statement of Financial Affairs, Plan (Staff) | 0.7 | $98.00 |
| 10/10/13 Electronic Copy and Filing into Database Credit Counseling Certificate (Staff) | 0.3 | $42.00 |
| 10/10/13 File Bankruptcy Case (Attorney) | 0.6 | $210.00 |
| 10/10/13 Filed Chapter 13 Plan (Attorney) | 0.5 | $175.00 |
| 10/11/13 Notes to File and to Staff (Staff) | 0.4 | $56.00 |
| 10/12/13 Review and Schedule Meeting of Creditors (Staff) | 0.4 | $56.00 |
| 12/31/13 Filing of Financial Management Course (Staff) | 0.3 | $42.00 |
| 1/8/14 Draft and File Objection to Motion for Relief from Stay (Staff) | 0.5 | $70.00 |
| 1/31/14 Prepare File for 341 Hearing (Attorney) | 0.6 | $210.00 |
| 1/31/14 Notes to File, Meet with paralegal (Attorney) | 0.4 | $140.00 |
| 2/17/14 Draft and File Objection to Motion to Dismiss Case – Unreasonable Delay (Staff) | 0.5 | $70.00 |
| 3/7/14 Stipulation with Trustee (Attorney) | 0.4 | $140.00 |
| 4/23/14 Draft and File Amended Motion to Modify Plan (Staff) | 0.4 | $56.00 |
| 6/10/14 Represent Client at Objection to Confirmation of Plan Hearing (Attorney) | 0.8 | $280.00 |
| 7/8/14 Draft and File Amended Motion to Modify Plan (Staff) | 0.5 | $70.00 |
| 7/30/14 Draft and File Certificate of No Objection/Response/Answer (Staff) | 0.4 | $56.00 |

| | | |
|---|---|---|
| 8/11/15 Meeting with Attorney Client Issue (Attorney) | 0.8 | $280.00 |
| 8/19/15 Client Call Regarding Tax Information (Staff) | 0.3 | $42.00 |
| 8/24/15 Call to Client Regarding Taxes and Net Refund (Staff) | 0.3 | $42.00 |
| 3/17/16 Call to Client Regarding Missing Tax Documentation (Staff) | 0.3 | $42.00 |
| 3/23/16 Forwarded Tax Documentation to Attorney Mark Vap on Behalf of Client (Staff) | 0.4 | $56.00 |
| 4/11/16 Client Call Regarding Letter from Trustee – Missing Tax Documentation (Staff) | 0.3 | $42.00 |
| 4/30/16 Uploaded and Email Correspondence to Trustee with Missing Tax Documentation (Staff) | 0.4 | $56.00 |
| 6/1/16 Client Call Regarding Release from Trustee (Staff) | 0.3 | $42.00 |
| 8/8/16 Uploaded and Forwarded Tax Return Documentation to Trustee with Notes to File (Staff) | 0.4 | $56.00 |
| 8/8/16 Call to Client Regarding Motion to Dismiss for Failure to Make Payments (Staff) | 0.3 | $42.00 |
| 8/30/16 Resolved Motion to Dismiss with Trustees Office (Staff) | 0.4 | $56.00 |
| 10/24/16 Draft & File Application & Notice for Administrative Expenses (Staff) | 1.0 | $140.00 |
| | **SUBTOTAL:** | **$4,010** |
| **Additional Services Rendered Not Contemplated in Original Fee Agreement** | **Hours** | **Fee** |
| 2/27/14 Amended Schedules B & C (Staff) | Flat | $200.00 |
| 3/13/14 Motion to Modify Plan (Staff) | Flat | $300.00 |
| 3/13/14 Amended Schedules I & J (Staff) | Flat | $200.00 |
| 6/25/14 Motion to Modify Plan (Staff) | Flat | $300.00 |
| 6/25/14 Amended Schedules I & J (Staff) | Flat | $200.00 |
| 7/8/14 Amended Schedule B (Staff) | Flat | $200.00 |
| | **SUBTOTAL:** | **$4,010** |
| | **Add the Amount for Additional Services Rendered** | **$1,400** |
| | **Add Amount Participation in the Mortgage Modification Program (See Attached Invoice)** | **$2,345** |
| | **TOTAL:** | **$7,755** |
| | **Less Amount Paid as Deposit** | **$3,500** |
| | **GRAND TOTAL: Chapter 13 Attorney Fee Yet To Be Paid at Date of this Application** | **$4,255** |