Bankruptcy Law Office of Attorney Richard A. Check, S.C.

757 N Broadway, Suite 401

Milwaukee, WI  53202

Invoice for: Lisa Wood

File No.: 16-011

2660 N 7th Street

Milwaukee, WI 53212

## Chapter 13 Invoice

| Additional Services Rendered Not Contemplated in Original Fee Agreement | Hours | Fee |
|---|---|---|
| 11/3/14 Call from Client RE: Fee Applications with Notes to File (SC) | 0.2 | $28.00 |
| 11/12/14 Call from Client RE: October Plan Payment with Notes to File (SC) | 0.2 | $28.00 |
| 12/5/14 Stipulation Made RE: Pre-Trial Conference with Notes to File (SC) | 0.3 | $42.00 |
| 12/15/14 Draft and File Motion to Modify Plan (RC) | 0.5 | $175.00 |
| 12/15/14 Draft and File Amended Schedule J (RC) | 0.4 | $140.00 |
| 12/22/14 Draft and File Adversary Case #14-2469 (RC) | 0.6 | $210.00 |
| 1/5/15 Draft and File Amended Motion to Modify Plan (RC) | 0.4 | $140.00 |
| 1/8/15 Call from Client RE: Objection to Confirmation Hearing with Notes to File (SC) | 0.2 | $28.00 |
| 1/27/15 Draft and File Certificate of No Objection/Response/Answer (SC) | 0.4 | $56.00 |
| 2/10/15 Call to Client RE: Payment Plan Increase with Notes to File (SC) | 0.2 | $28.00 |
| 2/11/15 Call from Client RE: New Plan Payment with Notes to File (SC) | 0.2 | $28.00 |
| 2/16/15 Call to Client RE: Motion for Relief with Notes to File (Staff) | 0.2 | $28.00 |
| 2/23/15 Meeting with Attorney (RC) | 0.6 | $210.00 |
| 6/1/15 Call to Client with Notes to File RE: Motion for Relief (RC) | 0.3 | $105.00 |
| 6/26/15 Meeting with Attorney (RC) | 0.6 | $210.00 |
| 8/12/15 Meeting with Attorney (RC) | 0.6 | $210.00 |
| 11/4/15 Call with Client with Notes to File (RC) | 0.3 | $105.00 |
| 12/22/15 Call from Client RE: Payoff Request with Notes to File (SC) | 0.2 | $28.00 |
| 3/24/16 Call to Client with Notes to File RE: Motion for Relief (RC) | 0.2 | $70.00 |
| 3/28/16 Meeting with Attorney (RC) | 0.6 | $210.00 |
| 6/7/16 Correspondence to Client RE: Notice of Lender Placed Hazard Insurance with Notes to File (SC) | 0.2 | $28.00 |
| 6/21/16 Call from Client RE: Selling Properties with Notes to File (SC) | 0.2 | $28.00 |
| 6/26/16 Meeting with Attorney RE: MMMP (RC) | 0.6 | $210.00 |
| 6/27/16 Call to Client RE: Properties with Notes to File (SC) | 0.3 | $42.00 |

| | | |
|---|---|---|
| 10/6/16 Call to Client RE: Motion to Dismiss with Notes to File (SC) | 0.2 | $28.00 |
| 10/26/16 Draft and File Objection to Motion to Dismiss (RC) | 0.6 | $210.00 |
| 11/2/16 Call from Client RE: Motion to Dismiss with Notes to File (SC) | 0.2 | $28.00 |
| 1/6/17 Call from Client RE: Accepted Offer with Notes to File (SC) | 0.3 | $42.00 |
| 2/1/17 Call from Client RE: Payoff Request with Notes to File (SC) | 0.2 | $28.00 |
| 2/6/17 Call to Client RE: Selling Home, Closing Date, Payoff with Notes to File (SC) | 0.3 | $42.00 |
| 2/8/17 Correspondence to Client RE: Additional Documentation Needed with Notes to File (Staff) | 0.2 | $28.00 |
| 2/8/17 Draft and File Application for Administrative Expenses (JS) | 1.0 | $140.00 |
| | **TOTAL to be Paid Through Ch 13 Plan:** | **$3,583** |
| | **Less Amount Paid Through Ch 13 Plan** | **$4,750** |
| | **Total Yet to Be Paid Through Ch 13 Plan:** | **($2,333)** |
| | **Add the Amount for Additional Services Rendered** | **$2,933** |
| | **Less Courtesy Discount** | **$600** |
| | **GRAND TOTAL: Chapter 13 Attorney Fee Yet To Be Paid at Date of this Application** | **$0.00** |
| | **TOTAL to be Paid Through Ch 13 Plan:** | **$3,583** |
| | **Less Amount Paid Through Ch 13 Plan** | **$4,750** |
| | **Total Yet to Be Paid Through Ch 13 Plan:** | **($2,333)** |

| Initials | Name | Position | Billing Rate |
|----------|------|----------|--------------|
| R.C. | Richard Check | Attorney | $350 |
| J.S. | Justine Swenson | Paralegal | $140 |
| S.C. | Sam Check | Paralegal | $140 |
| E.C. | Emily Coniff | Paralegal | $140 |
| E.K. | Erin Kastens | Paralegal | $140 |

## Education and Experience

**RC – Attorney – 18 Years Owning Firm**

JS – Bachelor's Degree – University of Wisconsin Milwaukee – 3 Years Legal/Paralegal Experience

SC – Bachelor's Degree – Current Law Student at Marquette University – 4 Years Legal/Paralegal Experience

EC – Bachelor's Degree – University of Wisconsin Milwaukee – 2 Years Legal/Paralegal Experience

EK – Paralegal Certificate – 9 Years Legal/Paralegal Experience